# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

RONALD EUGENE ALBRECHT,

Debtors.

Case No. A08-00247-HAR
Chapter 13

**Filed On 2/26/09**

## ORDER CONVERTING CASE UNDER CHAPTER 7 TO A CASE UNDER CHAPTER 13 BY DEBTOR AND REASSIGNING THE CASE TO JUDGE MACDONALD

The debtor has filed a notice, in accordance with 11 U.S.C. § 706(a), seeking to convert this case to a case under Chapter 13 of the Bankruptcy Code. The court has considered the record and finds that the case has not been converted previously under 11 U.S.C. §§ 1112, 1208, or 1307.

**IT IS ORDERED THAT:**

1. This chapter 7 case is converted to a case under chapter 13 of the Bankruptcy Code.

2. The chapter 7 trustee, within 30 days of the date of this order shall file:

    a. an accounting of all receipts and disbursements made in the chapter 7 case, and

    b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).

3. The trustee forthwith shall turn over to the debtor all records and property of the estate remaining in the trustee's custody and control.

4. The trustee or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of expenses.

    5. The debtor within 15 days from the date of the order shall file the statements, schedules, payment advices and other documents required by Bankruptcy Rule 1007(b), if such documents have not already been filed.

    6. The debtor within 15 days of the date of this order shall file a chapter 13 plan and a statement of current monthly income (for use in chapter 13 - Form B22C).

    7. Since Judge MacDonald handles all of the chapter 13 cases in this district (except for conflicts), this case is reassigned to Judge MacDonald and the suffix should be changed from "HAR" to "DMD" on the case number.

    DATED: February 26, 2009.

              BY THE COURT

               /s/  Herb Ross
               HERB ROSS
              United States Bankruptcy Judge

Serve: Debtor
    J. Carney, Esq.
    E. LeRoy, Esq.
    L. Compton, Trustee
    U. S. Trustee
    Case Manager
      2/26/09